ACCEPTED
03-15-00410-CR
8274683
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 8:31:08 PM
JEFFREY D. KYLE
CLERK

Law Office of Gary E. Prust
1607 Nueces St.
Austin, TX 78701
(512)469-0092
Fax (512)469-9102
gary@prustlaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 8:31:08 PM
JEFFREY D. KYLE
Clerk

December 16, 2015

Third District Court of Appeals
PO Box 12547
Austin, TX 78711-2547

Re:     *Edgar Sangillo v. The State of Texas*
        In the Third District Court of Appeals
        Appeal Cause Numbers 03-15-00410-CR and 03-15-00411-CR
        Trial Court Cause Numbers D-1-DC-12-200962 and D-1-DC-12-200963

To the Honorable Jeffrey D. Kyle, Clerk:

        I submit this notice of appearance and designation of lead attorney in the above referenced cause numbers. I was appointed by order of the trial court on December 16, 2015. Please forward all notices and correspondence to my office or email listed above.

                                Very truly yours,

                                Gary E. Prust
                                Attorney at Law

cc: file, Mr. Sangillo, Travis County District Attorney